The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. John Carlos Bardales
   v. Commonwealth of Virginia
   Record No. 0455-19-4
   Opinion rendered by Judge Beales on
   April 7, 2020

2. Kumar Sangaran
   v. Shabnam Sachdeva
   Record No. 1898-19-4
   Opinion rendered by Judge AtLee on
   June 23, 2020

3. William Howard Robinson
   v. Commonwealth of Virginia
   Record No. 0154-19-4
   Opinion rendered by Judge Humphreys on
   July 7, 2020

4. Quartrez Logan, s/k/a
   Quartrez Rashad Logan
   v. Commonwealth of Virginia
   Record No. 1735-18-1
   Rehearing En Banc Opinion rendered by Judge Humphreys on
   July 21,2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jesus Davila Bailey, III
   v. Commonwealth of Virginia
   Record No. 0613-18-3
   Opinion rendered by Judge Russell
     on July 30, 2019
   Refused (191248)

2. Larry Dornell Palmer
   v. Commonwealth of Virginia
   Record No. 1294-18-1
   Opinion rendered by Judge Beales
     on November 26, 2019
   Refused (191714)

3. Linda Kaye Nelson, s/k/a
    Linda Lay Nelson, s/k/a
     Linda Kay Nelson
   v. Commonwealth of Virginia
   Record No. 0242-19-3
   Opinion rendered by Judge Petty
     on January 7, 2020
   Refused (200203)